IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR208 |
| v. | |
| NATHAN SCOTT JANDREAU, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 129). The government requests the Court dismiss the Second Amended Petition for Offender Under Supervision (Filing No. 111) and the Third Amended Petition for Offender Under Supervision (Filing No. 121) as to defendant Nathan Scott Jandreau. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 129) is granted.
2. The Second Amended Petition for Offender Under Supervision (Filing No. 111) and the Third Amended Petition for Offender Under Supervision (Filing No. 121) are hereby dismissed with prejudice.
3. Nathan Scott Jandreau's previously imposed term of supervision is terminated.

Dated this 26th day of February 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge